HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
DAVID A. ABELLA, SBN 275982
dabella@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
GARY C. ESCABAR,
THE GARY C. ESCABAR TRUST, and
PET EXTREME, INC.

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, SBN 166317
Phyl Grace, SBN 171771
9845 Erma Road, Suite 300
San Diego, CA  92131
Telephone:    (858) 375-7385
Facsimile:    (888) 422-5191

Attorneys for Plaintiff
SCOTT JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY C. ESCABAR, in his individual and representative capacity as Trustee, The Gary C. Escabar Trust; PET EXTREME, INC., a California Corporation; DOES 1-10,<br><br>        Defendants. | CASE NO. 2:14-cv-02607-GEB-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR JOINT STATUS SCHEDULING CONFERENCE STATEMENT** |

10840126.1

2:14-cv-02607-GEB-CKD
JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE FILING DATE FOR
JOINT STATUS SCHEDULING CONFERENCE
STATEMENT

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

WHEREAS, the Court has scheduled a joint status scheduling conference for this matter on February 9, 2015;

WHEREAS, the parties have initiated the requirements to meet and confer in advance of the February 9, 2015 joint status scheduling conference;

WHEREAS, the parties are still engaged in the meet and confer process regarding the content of the joint status scheduling conference statement, but will be unable to finalize the joint statement by January 26, 2015;

WHEREAS, the parties are committed to finalizing the joint status scheduling conference statement in advance of the February 9, 2015 scheduling conference;

THEREFORE, the Parties do hereby stipulate as follows:

1. The parties stipulate to submitting Joint Status Scheduling Conference Statement to the Court by January 30, 2015.

**IT IS SO STIPULATED.**

DATED: January 26, 2015         HANSON BRIDGETT LLP

                                By:      //s// David A. Abella
                                KURT A. FRANKLIN
                                DAVID A. ABELLA
                                Attorneys for Defendants
                                GARY C. ESCABAR, THE GARY C.
                                ESCABAR TRUST, and
                                PET EXTREME, INC.

DATED: January 26, 2015         CENTER FOR DISABILITY ACCESS

                                By:      //s// Dennis Price
                                RAYMOND G. BALLISTER, JR.
                                MARK POTTER
                                PHYL GRACE
                                DENNIS PRICE
                                Attorneys for Plaintiff
                                SCOTT JOHNSON

10840126.1

-2-           2:14-cv-02607-GEB-CKD
JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE FILING DATE FOR
JOINT STATUS SCHEDULING CONFERENCE
STATEMENT

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that:

1. The parties shall file a Joint Status Scheduling Conference Statement no later than January 30, 2015.

**IT IS SO ORDERED.**

Dated:  January 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

10840126.1

-3-    2:14-cv-02607-GEB-CKD
JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE FILING DATE FOR
JOINT STATUS SCHEDULING CONFERENCE
STATEMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On January 26, 2015, I served true copies of the following document(s) described as **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR JOINT STATUS SCHEDULING CONFERENCE STATEMENT** on the interested parties in this action as follows:

Raymond G. Ballister, Jr., Esq.
Mark Potter, Esq.
Phyl Grace, Esq.
Dennis Price, Esq.
CENTER FOR DISABILITY ACCESS
P.O. Box 262490
San Diego, CA  92196-2490

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 26, 2015, at San Francisco, California.

       //s// Tanya R. Williams
       Tanya R. Williams

10840126.1

2:14-cv-02607-GEB-CKD
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR JOINT STATUS SCHEDULING CONFERENCE STATEMENT